# United States District Court

## NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. ROME

Date: Jun 10 2020

JAMES N. HATTEN, Clerk

By: s/Kari Butler

Deputy Clerk

UNITED STATES OF AMERICA

v.                                                                          **CRIMINAL COMPLAINT**

Justin Adam Madaris                                          Case Number:  4:20-MJ-12

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about August 29, 2017, May 8, 2020 and June 6, 2020, in Catoosa County, in the Northern District of Georgia, and elsewhere, defendant did transmit threatening communications in interstate or foreign commerce in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Daniel E. Oak

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me by telephone pursuant to Federal Rule of Criminal Procedure 4.1

June 10, 2020
Date

at   Cartersville, Georgia
City and State

_____
Signature of Judicial Officer

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Brent Alan Gray / 2020R00075

Issued pursuant to Federal Rule of Criminal Procedure 4.1

A F F I D A V I T

I, Daniel E. Oak, depose and say under penalty of perjury the following:

AFFIANT BACKGROUND

1.      I am an investigator or law enforcement officer of the United States, within the meaning of Title 18, U.S.C., § 2510(7), that is an officer of the United States who is empowered to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, U.S.C., § 2516.

2.      I am a Sergeant with the DeKalb County Police Department and am assigned to the Federal Bureau of Investigation ("FBI") Public Corruption Task Force in the Atlanta FBI Field Office. As a task force officer for the FBI, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, U.S.C., § 2510(7).  As such, I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18, U.S.C., § 2516.

3.      I have served as a police officer since 1997. I have been employed by the DeKalb County Police Department since January 2002.  Since August 2013, I have been assigned to the FBI Atlanta Public Corruption Task Force. As a part of my duties, I investigate public corruption matters as they relate to any violations of federal laws. Prior to my employment with the DeKalb County Police

Department, I served as an officer in Dougherty County, Georgia, and Arlington, Georgia.

3.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging JUSTIN ADAM MADARIS with Interstate Communications Threats, in violation of Title 18, U.S.C., § 875(c).

## SOURCES OF INFORMATION

4.      The facts set forth in this affidavit are based on observations made by myself and other law enforcement officers participating in this investigation, and information obtained from other agents and witnesses, and may also be based on: (a) my training and experience, (b) reports and/or business records, (c) recorded conversations, and (d) communications with other individuals who have personal knowledge of the events and circumstances described herein. Since this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included in this affidavit every detail of the investigation.  Rather, I have set forth facts that I believe are sufficient to establish probable cause for the issuance of the requested arrest warrant.  Unless specifically indicated otherwise, any conversations and statements described in this affidavit are related in substance and part only.

## STATUTORY DEFINITION

5.      Title 18, U.S.C., § 875(c) provides that whoever transmits in interstate or

foreign commerce any communication containing any threat to kidnap any

person or any threat to injure the person of another, shall be fined under this title

or imprisoned not more than five years, or both.

## PROBABLE CAUSE

6.      On or about July 18, 2019, the FBI conducted an interview with Sharon Kay

Beasley, mother of Justin Adam Madaris.  During the interview, Beasley

identified Madaris as her son and confirmed to agents that Madaris regularly

uses a cellular telephone with the number (423) 314-5958.  Beasley further

identified her mother as Joyce Draughn and stated that Beasley, Madaris and

Draughn have cellular telephones that are serviced under a family plan with T-

Mobile.  Beasley also confirmed that Madaris resides with her at 2448 W.

Nickajack Road in Ringgold (Catoosa County), Georgia, 30736.

7.      According to T-Mobile records received during the course of this

investigation, Joyce A. Draughn has a service contract with T-Mobile that

includes a cellular telephone with the number (423) 314-5958 designated to user

Justin A. Madaris.

8.    On or about July 25, 2019 at 7:29 PM, FBI Task Force Officer Daniel Oak

received a text message from telephone number (423)314-5958.  The text message

read: "Hello, Agent Dan. This Justin Madaris. I understand you want to speak

with me, but under advice from an attorney, I will not be speaking with you. I

am taking advantage of my 4th and 5th amendment rights. Thank you. Have a

great day."

9.    On or about August 29, 2017, a male caller, believed to be Justin Madaris,

using telephone number (423) 314-5958, called telephone number (352) 978-8757

belonging to K.S. in Tampa, Florida. The caller left multiple voicemails.  In one

voicemail, he threatened to rape K.S.'s mother and "chop up" K.S.'s father.   In

another voicemail, the caller stated that a white supremacist from Blackshear,

Georgia, was coming for K.S.  The caller claimed that he wanted to give K.S.

notice of the threat because he did not want K.S.'s blood on his hands.  These

calls caused K.S. to fear that his life was in danger.

10.    On or about May 8, 2020, a male caller, believed to be Justin Madaris, using

telephone number (423) 314-5958, called telephone number (646) 270-2504

belonging to H.H. in New York, NY.  The caller left eight voicemails.  In the

voicemails, the caller made threatening statements including:  1) "I will kill you,

after I beat your baby to death and fuck your wife to death," 2) "I will stab you in

the throat," 3) "I will stab you with an 8-inch buck knife in your belly, shoot your

wife in the face while you bleed out," and 4) "Stab you and [specifically named H.H.'s wife], eat the baby after I kill you all in the goddamn throat." In the voicemails, the caller also mentioned H.H.'s home address and his specific age. These calls caused H.H. to fear that his life was in danger.

11. On or about June 6, 2020, a male caller, believed to be Justin Madaris, using telephone number (423) 314-5958, called telephone number (423) 883-2529 and left a threatening message on the voicemail for Marion County (Tennessee) Sheriff's Office Deputy T.C. On that date, however, telephone number (423) 883-2529 was assigned to former Tennessee resident T.Y., who then resided in Charleston, South Carolina. After T.Y. listened to the threatening message and the caller's reference to a "cop," T.Y. contacted a law enforcement agency in Tennessee and his report was forwarded to the Marion County (Tennessee) Sheriff's Office and Deputy T.C. In the threatening voicemail, the caller mentioned T.Y.'s home address and stated that he would travel to T.Y.'s home, kill both T.Y. and his wife, and burn down their house. The Marion County Sheriff's Office investigation identified telephone number (423) 314 -5958 as belonging to a resident of 2448 W. Nickajack Road, Ringgold, Georgia, 30736. These calls caused T.C. to fear that his life was in danger.

12.    Based on my knowledge, training, experience, and the facts set forth in this affidavit, I submit there exists probable cause to believe that JUSTIN ADAM MADARIS has transmitted threats to injure persons in interstate or foreign commerce, in violation of Title 18, U.S.C., § 875(c), and respectfully request the issuance of a warrant for his arrest.