U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A  (With Counsel)

CRIMINAL NO. 4:20-CR-00013

I, Justin Adam Madaris, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to Counts 1 through 5 thereof.

In Open Court this 11th day of August, 2020.

_____
SIGNATURE (Defense Attorney)
Stephanie Ann Kearns

_____
SIGNATURE (Defendant)
Justin Adam Madaris

INFORMATION BELOW MUST BE TYPED OR PRINTED

Federal Defender Program, Inc.
101 Marietta Street
Atlanta, Georgia 30303
Phone: (404) 688-7530
Bar Number: 409950

2448 W. Nickerjack Rd.
Ringgold, GA
30736

Phone: _____

Filed in Open Court by:
_____
(Signature)

8-11-2020
_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12